The People of the State of Illinois, defendant in error, v. Herman J. Goldberg, plaintiff in error.  Gen. No. 36,398.

Opinion filed April 10, 1933.   Rehearing denied April 26, 1933.
William J. Moran and Richard E. Westbrooks, for plaintiff in error; Richard E. Westbrooks, of counsel.   Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson and Otho S. Fasig, Assistant State's Attorneys, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

Joseph B. Kovarik, appellee, v. The Home Insurance Company, appellant.  Gen. No. 36,445.

Opinion filed April 10, 1933.
William J. La Velle, William McKinley and Paul E. Price, for appellant.   Edward E. Contarsy and Jacob Kosbie, for appellee.
Mr. Justice Matchett delivered the opinion of the court.

The Tobey Furniture Company, plaintiff in error, v. Edward H. Ahrens, defendant in error.  Gen. No. 36,456.

Opinion filed April 10, 1933.
Meyer Shapiro, for plaintiff in error.   Joseph L. Toohey, for defendant in error.
Mr. Justice Matchett delivered the opinion of the court.

Louise Shahinien, appellee, v. John Shahinien, appellant.
John Shahinien, appellant, v. The People of the State of Illinois, appellee.  Gen. No. 36,457.

Opinion filed April 10, 1933.
Lefkow & Lefkow, for appellant.   Coburn, Kearney & Coburn, for appellee; Marshall V. Kearney, of counsel.
Mr. Justice Matchett delivered the opinion of the court.